October 27, 2006

Ms. Kathleen Marie Kennedy
Benckenstein, Norvell & Nathan, L.L.P.
P.O. Box 551
Beaumont, TX 77704-0551
Ms. Debra Ibarra Mayfield
Rymer Moore Jackson & Echols, P.C.
2801 Post Oak Blvd., Suite 250
Houston, TX 77056

RE: Case Number: 06-0201
 Court of Appeals Number: 12-05-00111-CV
 Trial Court Number: 2003-328

Style: MARGARET PARKER AND JIMMY HARVILLE, BOTH INDIVIDUALLY AND AS
 NEXT FRIENDS OF SIDNEY HARVILLE, A MINOR
 v.
 SHANNAN WEAVER BAREFIELD AND CHAMPION EMS

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 59.1, after granting the
petition for review and without hearing oral argument, the Court reverses
the court of appeals' judgment and remands the case to the trial court and
issued the enclosed per curiam opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Jean Hodges|
| | |
| |Ms. Cathy S. |
| |Lusk |